UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD L. HERNDON,<br>　　　　Plaintiff,<br>　　v.<br>UNKNOWN,<br>　　　　Defendant. | Case No. 17-cv-03454-HSG (PR)<br><br>**JUDGMENT** |

　　The action having been dismissed without prejudice, judgment is entered in favor of defendant.

　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 31, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERROD L. HERNDON,

    Plaintiff,

v.

UNKNOWN,

    Defendant.

Case No. 17-cv-03454-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerrod L. Herndon ID: T-62827
3501 Civic Center Drive
San Rafael, CA 94912

Dated: July 31, 2017

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Nikki D. Riley, Deputy Clerk to the
    Honorable HAYWOOD S. GILLIAM, JR.